| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Go e nment Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Repor ng (Last name, Fi st name, Middle initial) Cowen, Robert E | 2. Court or Organization U.S. Court of Appeals 3rd Cir. | 3. Date of Report 5/1/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 402 E. State Street oom 207 Trenton, NJ 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Repo ting individual only; see pp. 9-13 of filing instructions)

☑ NONE - ( o reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Repo ing indi i ual only; see pp. 14-16 of fili g instructions)

☑ NONE - ( o eportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 4 9 39 AM '05 FINANCIAL DISCLOSURE OFFICE

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alcoa (Common Stock) | A | Dividend | J | T | | | | | |
| 2. American International Group, Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 3. Bankamerica Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 4. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 5. Cisco Systems (Common Stock) | None | None | K | T | | | | | |
| 6. Citigroup, Inc. (Common Stock) | B | Dividend | K | T | Partial Sale | 7/12 | J | C | |
| 7. Coca Cola Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 8. Colgate Palmolive (Common Stock | A | Dividend | K | T | | | | | |
| 9. Conoco Phillips (Common Stock) | A | Dividend | J | T | Bought | 2/12 | J | | |
| 10. Deere & Co. (Common Stock) | A | Dividend | J | T | Bought | 2/12 | J | | |
| 11. Dell Computer (Common Stock) | None | None | J | T | | | | | |
| 12. Duke Energy (Common Stock) | A | Dividend | J | T | | | | | |
| 13. EMC Corp. (Common Stock) | None | None | J | T | | | | | |
| 14. Exxon Mobil (Common Stock) | A | Dividend | K | T | | | | | |
| 15. FedEx Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 16. General Electric (Common Stock) | B | Dividend | K | T | | | | | |
| 17. Home Depot (Common Stock) | A | Dividend | J | T | | | | | |
| 18. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 to D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. v, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merge, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Johnson & Johnson (Common Stock) | A | Dividend | K | T | | | | | |
| 20. JP Morgan Chase (Common Stock) | A | Dividend | J | T | | | | | |
| 21. Medco Health Solutions (Common Stock) | None | None | | | Sold | 7/12 | J | A | |
| 22. Medtronic Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 23. Merck & Co. (Common Stock) | A | Dividend | | | Sold | 11/15 | J | B | |
| 24. Merrill Lynch (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Microsoft Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 26. Nokia (Sponsored Adrs) | A | Dividend | J | T | | | | | |
| 27. Pfizer, Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 28. Public Service Enterprise Group Inc. (Common Sock) | A | Dividend | J | T | | | | | |
| 29. Target Corp. (Co on Stock) | A | Dividend | J | T | | | | | |
| 30. U.S. Bankcorp (Common Stock) | A | Dividend | J | T | Bought | 2/12 | J | | |
| 31. Verizon Communications (Common Stock) | A | Dividend | J | T | | | | | |
| 32. Wal-Mart Stores (Common Stock) | A | Dividend | J | T | | | | | |
| 33. Zimm r Hldgs Inc. (Common Stoc ) | None | None | | | Sold | 7/12 | J | A | |
| 34. Trust #1 | D | Div/Int | N | T | | | | | |
| 35. Middlesex County Impt. Auth. (Municipal Bond) | B | Interest | K | T | | | | | |
| 36. Eaton-Vance N.J. Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Eaton-Vance N.J. Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 38. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 39. Exchange National Bank Zero Coupon CD | None | None | | | Matured | 7/23 | K | D | |
| 40. N.J. Healthcare, Inc. 6.20% 7-01-09 | A | Interest | | | Called | 7/01 | J | | |
| 41. Passaic Cty Gen. Impt. MBA 5% 5-01-17 | A | Interest | | | Called | 5/01 | J | | |
| 42. N.J. Econ. Dev. Auth. Water Fac. 11-01-34 | A | Interest | J | T | | | | | |
| 43. NJ Healthcare Fac. 6.75% 7-01-09 | A | Interest | J | T | | | | | |
| 44. N.J. Healthcare Pascack Valley Hospital 7-01-28 | A | Interest | J | T | | | | | |
| 45. N.J. Healthcare Kennedy Health Center 7-01-31 | A | Interest | J | T | | | | | |
| 46. Middlesex Cty NJ CTFS 6-15-23 | A | Interest | J | T | | | | | |
| 47. NJ Econ. Dev. Auth. 5-15-25 | A | Interest | K | T | | | | | |
| 48. N.J. Healthcare Fac. St. Barnabas 7-01-28 | A | Interest | J | T | Bought | 5/11 | | | |
| 49. Port Auth. NY & NJ 7-15-26 | A | Interest | J | T | Bought | 7/30 | | | |
| 50. Board of Education, Princeton Regional Schools | B | Interest | K | T | | | | | |
| 51. N.J. Environmental Infra. Tr. 5.25% 9-01-19 | B | Interest | K | T | | | | | |
| 52. Ft. Lee NJ Impt. G/O 2-15-15 | A | Interest | K | T | | | | | |
| 53. Federal Home Loan 4-02-14 | A | Interest | J | T | Bought | 7/22 | | | |
| 54. GMAC 9-15-11 | A | Interest | J | T | Bought | 7/21 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 5/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. (IRA) Putnam FD for Growth & Income CL B | A | Dividend | J | T | | | | | |
| 56. (IRA) Putnam Voyager FD CL B | A | Dividend | J | T | | | | | |
| 57. (IRA) Putnam Health Sciences TR CL B | A | Dividend | J | T | | | | | |
| 58. (IRA) Putnam Europe Equity CL B | A | Dividend | J | T | | | | | |
| 59. (IRA) Putnam Invt FDS Growth Opptys FD CL B | A | Dividend | J | T | | | | | |
| 60. Evergreen Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 61. Evergreen Municipal Bond Fund CL C | A | Interest | J | T | | | | | |
| 62. Treasury Notes – Various Maturities | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. By letter dated September 29, 1989, Chairman Pratt, after receiving Judicial Ethics Committee authority advised me that in Section VII I need only disclose aggregate income and value information for the above-referenced trust.

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                 Date    May 1, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544